IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00226-MR-WCM

| | | |
|---|---|---|
| LISA MCGOWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CANTINA LOUIE OF | ) | |
| ASHEVILLE, LLC, | ) | |
| BEER MONEY VENTURES, | ) | |
| LLC D/B/A THE CASUAL PINT, | ) | |
| AND PACIFIC PAGODA, INC. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by Ryan Stump. The Motion indicates that Mr. Stump, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Frederick I. Hall, III, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Frederick I. Hall, III to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 30, 2022

W. Carleton Metcalf
United States Magistrate Judge