IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:22-cv-00226-MR-WCM

| | |
|---|---|
| Lisa McGown,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cantina Louie of Asheville, LLC;<br>Beer Money Ventures, LLC d/b/a<br>The Casual Pint; and Pacific Pagoda, Inc.,<br><br>　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF BEER MONEY VENTURES, LLC D/B/A THE CASUAL PINT; AND PACIFIC PAGODA, INC.**<br><br><br>**(Concludes The Case)** |

NOW COME the parties, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate to Plaintiff's dismissal with prejudice of all claims against Defendants Beer Money Ventures, LLC d/b/a The Casual Pint, and Pacific Pagoda, Inc. Plaintiff and Defendants agree to bear her/its respective fees and costs.

We so stipulate and consent this 18th day of January, 2023.

/s/ Frederick I. Hall, III
Frederick I. Hall, III
Admitted *Pro Hac Vice*
THE RICK HALL LAW FIRM, LLC
301 Gibson Road
P.O. Box 1898
Lexington, SC 29071
Tel.: 803-957-5333
Fax: 803-957-7717
rick@sctrialattorneys.com
*Attorney for Plaintiff*

/s/ Ryan D. Stump
Ryan D. Stump
NC State Bar: 43243
RANDALL & STUMP, PLLC
2125 Southend Drive, Suite 253
Charlotte, NC 28203
Tel.: 980-237-4579
Fax: 980-209-0029
ryan@randallstump.com
*Attorney for Plaintiff*


/s/ Robert J. McCune, Jr.
Robert J. McCune, Jr.
NC State Bar: 39072
HEDRICK GARDNER KINCHELOE & GAROFALO, LLP
49 Broadway Street, Suite 203
Asheville, NC 28801
Tel.: 828-575-1482
Fax: 828-378-0311
rmccune@hedrickgardner.com
*Attorney for Defendant Beer Money Ventures LLC d/b/a The Casual Pint*

/s/ W. John Cathcart, Jr.
John Cathcart
NC State Bar: 28255
BROWN, CRUMP, VANORE & TIERNEY, PLLC
801 Oberlin Road, Suite 330
Raleigh, NC 27605
Tel.: 919-890-4483
Fax: 919-835-0915
JCathcart@bcvtlaw.com
*Attorney for Defendant Pacific Pagoda, Inc.*